UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Gerry Lee O'Neil, Jr.,

Debtors.

Chapter 13
Case No. 18-03270-swd
Honorable Scott W. Dales
Filed: July 29, 2018
Confirmed: December 9, 2020

### ORDER GRANTING DEBTOR'S MOTION TO AMEND CHAPTER 13 PLAN

The Debtor having filed the Second Chapter 13 Post-Confirmation Plan Amendment and either no objections have been filed or all objections have been withdrawn or resolved, or a hearing having been held herein, and it appearing to the Court that good cause exists for the relief requested by the Debtor, and the Court being otherwise advised, NOW THEREFORE,

IT IS HEREBY ORDERED that:

a. The Debtor shall devote to the Chapter 13 Plan his bonuses from employment, as well as any income tax refunds received, until the Trustee determines that feasibility of the Chapter 13 Plan has been restored and can be maintained with regular monthly payments.

b. In all other respects, the confirmed Chapter 13 Plan shall remain unchanged.

### END OF ORDER

Prepared by:
Kimberly L. Savage (P68267)
Attorney for the Debtor
Savage Legal Group, PC
1483 Haslett Road
Haslett, Michigan 48840
(517) 515-5000

**IT IS SO ORDERED.**

Dated December 1, 2020

Scott W. Dales
United States Bankruptcy Judge